IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CABELA'S INCORPORATED SHAREHOLDER LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Civil Action No. 1:17-cv-00698-RGA<br><br>(CONSOLIDATED)<br><br>CLASS ACTION |

**NOTICE CONCERNING RESOLUTION OF PLAINTIFFS' FEE AND EXPENSE APPLICATION AND CLOSING OF THE ABOVE-CAPTIONED ACTION**

WHEREAS, on July 27, 2017, Plaintiffs filed a Stipulation of Dismissal and Proposed Order dismissing the above-captioned action and reserving the right to submit an application for an award of attorneys' fees and expenses if the claim for fees and expenses could not be resolved through negotiations between Plaintiffs and Defendants (the "Fee and Expense Application");

WHEREAS, on July 27, 2017, the Court entered an Order dismissing the complaint in the above-captioned action and retaining jurisdiction solely for consideration of any application for an award of attorneys' fees and expenses, and the case file was administratively closed;

WHEREAS, Plaintiffs and Defendants have reached an agreement with respect to the Fee and Expense Application; and

WHEREAS, Plaintiffs will not be submitting a Fee and Expense Application to the Court;

THE PARTIES HEREBY SUBMIT NOTICE that the above captioned action should remain irrevocably closed by the Court for all purposes.

Dated:  November 1, 2017

| | |
|---|---|
| **OF COUNSEL:**<br><br>Nadeem Faruqi<br>James M. Wilson, Jr.<br>Faruqi & Faruqi, LLP<br>685 Third Ave., 26th Fl.<br>New York, NY 10017<br>Telephone: (212) 983-9330<br>Email: nfaruqi@faruqilaw.com<br>Email: jwilson@faruqilaw.com<br><br>*Attorneys for Adam Klein*<br><br>Juan E. Monteverde<br>Monteverde & Associates PC<br>The Empire State Building<br>350 Fifth Avenue, Suite 4405<br>New York, NY  10118<br>Telephone:  (212) 971-1341<br>Email:  jmonteverde@monteverdelaw.com<br><br>*Attorney for Plaintiff Christopher A. Brown* | **FARUQI & FARUQI, LLP**<br><br>By: */s/ Michael Van Gorder*<br>　　Michael Van Gorder (#6214)<br>　　Faruqi & Faruqi, LLP<br>　　20 Montchanin Road, Suite 145<br>　　Wilmington, Delaware 19807<br>　　Tel: (302) 482-3182<br>　　Email: mvangorder@faruqilaw.com<br><br>　　*Attorney for Plaintiffs Adam Klein, and Christopher A. Brown* |
| **OF COUNSEL:**<br><br>Donald J. Enright<br>Elizabeth K. Tripodi<br>1101 30th Street, N.W.<br>Suite 115<br>Washington, D.C.  20007<br>Telephone:  (202) 524-4290<br><br>*Attorneys for Plaintiff Bernard Garcarz* | **RIGRODSKY & LONG, P.A.**<br><br>By: */s/ Brian D. Long*<br>　　Brian D. Long (#4347)<br>　　Gina M. Serra (#5387)<br>　　2 Righter Parkway, Suite 120<br>　　Wilmington, DE  19803<br>　　Telephone:  (302) 295-5310<br><br>　　*Attorneys for Plaintiff Bernard Garcarz* |

|  |  |
|---|---|
| **OF COUNSEL:** | **RICHARDS, LAYTON & FINGER, PA** |
|  | By: */s/ Chad M. Shandler* |
| James W. Ducayet | Gregory P. Williams (#2168) |
| Nilofer Umar | Chad M. Shandler (#3796) |
| J. Simone Jones | Richards, Layton & Finger, PA |
| Sidley Austin, LLP | One Rodney Square |
| One South Dearborn | 920 North King Street |
| Chicago, Illinois 60603 | Wilmington, DE  19801 |
| Tel:  (312) 853-7621 | Telephone: (302) 651-7700 |
| Email:  jducayet@sidley.com | Facsimile: (302) 651-7701 |
| Email:  numar@sidley.com | williams@rlf.com |
| Email:  simone.jones@sidley.com | shandler@rlf.com |
| *Attorneys for Defendants* | *Attorneys for Defendants* |